UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SADIE YVONNE COLEMAN, ) | |
| ) | |
| Petitioner, ) | CASE NO.   C05-788L |
| ) | (CR01-309L) |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | ORDER GRANTING RESPONDENT'S |
| ) | MOTION TO EXCEED PAGE LIMIT |
| Respondent. ) | |
| _____ ) | |

Petitioner has filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct her sentence. Respondent has filed a response that is 26 pages in length, accompanied by 90 pages of exhibits. (Dkt. #9). Thus, the response exceeds the 12-page limit set forth in Local Rule CR 7(e)(2). Accordingly, respondent has filed a motion to exceed the page limit. Having considered the motion and the balance of the record, the court does hereby find and ORDER that:

(1) Respondent's motion to exceed the page limit (Dkt. #10) is GRANTED. However, it appears that respondent has not complied with Local Rule CR 10(e)(8), which requires a party to file a paper copy of a document when the document exceeds 100 pages. Therefore, respondent shall file a paper copy of its response and exhibits no later than **July 5, 2005.**

(2) The Clerk shall direct a copies of this Order to petitioner, to counsel for respondent, and to the Honorable Robert S. Lasnik.

DATED this <u>1st</u> day of July, 2005.

Mary Alice Theiler
United States Magistrate Judge