UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SADIE YVONNE COLEMAN, | CASE NO.  C05-0788-RSL-MAT |
| Petitioner, | (CR01-309-RSL) |
| v. | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Petitioner has filed a motion for extension of time to file a response to the government's answer to her § 2255 motion. Having considered the motion and the balance of the record, the Court does hereby find and ORDER:

(1) The government's answer was noted for consideration on July 8, 2005. (Dkt. #9). Petitioner's motion for an extension of time was filed on July 21, 2005 and therefore is not timely. (Dkt. #14). As grounds for her delay in responding, petitioner cites her father's death on May 25, 2005 and her transfer to another prison on June 28, 2005. (*Id*. at 2). While petitioner acknowledges that she received the government's answer on June 24, 2005, she maintains that she was still "emotionally dealing with her father's death," and unable to focus on her response. (*Id.*) Under these circumstances, and because petitioner is proceeding *pro se*, the Court finds that petitioner has shown good cause for the delay. Accordingly, her motion for an extension of time (Dkt. #14) is GRANTED.

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME
PAGE -1

(2) Petitioner shall file her response no later than **August 19, 2005**. The government may file a reply no later than **August 25, 2005.** Petitioner is advised that the Court will grant no further extensions of time absent extraordinary circumstances.

(3) The Clerk shall RENOTE Petitioner's underlying § 2255 motion for consideration on August 26, 2005. The Clerk shall also direct copies of this Order to petitioner, to counsel for respondent, and to the Hon. Robert S. Lasnik.

DATED this 25th day of July, 2005.

_____
Mary Alice Theiler
United States Magistrate Judge