UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| SADIE YVONNE COLEMAN, | ) | CASE NO.   C05-0788-RSL-MAT |
| | ) | (CR01-309-RSL) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DENYING §2255 MOTION |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The Court, having reviewed petitioner's § 2255 motion, the government's answer, petitioner's response, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation.

(2)   Petitioner's § 2255 motion (Dkt. #1) is DENIED.

(3)   The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 18th day of October, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING §2255 MOTION
PAGE -1