UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                              )
SADIE YVONNE COLEMAN,          )
                                              )   Case No. C05-0788L
                    Petitioner,         )
       v.                                    )
                                              )   ORDER GRANTING IN PART
UNITED STATES OF AMERICA,   )   CERTIFICATE OF APPEALABILITY
                                              )
                    Respondent.     )
_____)

This matter comes before the Court on petitioner's "Notice of Appeal and Request for Certificate of Appealibility [sic]" under 28 U.S.C. § 2253. Because petitioner filed her notice of appeal after April 24, 1996, her appeal is governed by the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), which worked substantial changes to the law of habeas corpus. Under the amended version of 28 U.S.C. § 2253(c), a petitioner may not appeal the denial of a habeas corpus petition unless the district court or the Ninth Circuit issues a certificate of appealability identifying the particular issues that may be pursued on appeal. United States v. Asrar, 116 F.3d 1268 (9th Cir. 1997).

To obtain a certificate of appealability, the petitioner must make a substantial showing of the denial of a constitutional right. "Obviously the petitioner need not show that he should prevail on the merits. He has already failed in that endeavor." Barefoot v. Estelle, 463 U.S. 880, 893 n.4 (1983). Rather, she must demonstrate that the resolution of the habeas petition is debatable among reasonable jurists or that the issues presented were "adequate to

ORDER GRANTING IN PART
CERTIFICATE OF APPEALABILITY

deserve encouragement to proceed further." Slack v. McDaniel, 529 U.S. 473, 483-84 (2000). Where a petition is dismissed on procedural grounds, the Court must determine whether "jurists of reason" would debate (1) whether the petition states a valid claim of the denial of a constitutional right and (2) whether the district court's procedural ruling was correct. Slack, 529 U.S. at 484.

Having reviewed the record in this case, including the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, the Court finds that the dismissal of petitioner's claims regarding the effectiveness of counsel is debatable among reasonable jurists and that those claims deserve to proceed further. The Court's findings regarding petitioner's other grounds for review, namely the right to jury trial and the trial court's suppression decisions, jury instructions, and evidentiary rulings, are not debatable and should not be the subject of an appeal under the AEDPA.

For all of the foregoing reasons, petitioner's request for a certificate of appealability is GRANTED in part and DENIED in part.

DATED this 7th day of December, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge